UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEITH JONES
           Plaintiff(s)
   v.                          **Judgment in a Civil Case**
J. MINER
           Defendant(s)          Case Number: 5:11-CT-3019-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 25, 2011, with service on:
Keith Jones  02632-084, Rivers Correctional Institution, P.O. Box 630, Winton, NC  27986 (via U.S. Mail)

February 25, 2011                                       /s/ Dennis P. Iavarone
                                                                 Clerk